IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KIMBERLY-CLARK WORLDWIDE, INC.,
and KIMBERLY-CLARK GLOBAL SALES,
LLC,

JUDGMENT IN A CIVIL CASE

    Plaintiffs,

Case No. 14-cv-502-wmc

v.

FIRST QUALITY BABY PRODUCTS, LLC,
FIRST QUALITY RETAIL SERVICES, LLC
and FIRST QUALITY CONSUMER
PRODUCTS, LLC,

    Defendants.

---

    This action came for consideration before the court with District Judge William Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered granting defendants motion to transfer venue to the Green Bay Division of the Eastern District of Wisconsin.

| s/V. Olmo, Deputy Clerk | 11/20/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |