UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KIMBERLY-CLARK WORLDWIDE INC. et al.,

    Plaintiffs,

  v.                                                        Case No. 14-CV-1466

FIRST QUALITY BABY PRODUCTS LLC et al.,

    Defendants.

---

FIRST QUALITY BABY PRODUCTS LLC et al.,

    Counterclaim-Plaintiffs,

  v.

KIMBERLY-CLARK WORLDWIDE INC. et al.,

    Counterclaim-Defendants.

---

**ORDER**

---

The defendants-counterclaim-plaintiffs (collectively "FQ") filed a motion under Civil L.R. 7(h) to compel an email chain the plaintiffs-counterclaim-defendants (K-C) inadvertently produced in discovery in this case. FQ, who has destroyed the documents pursuant to the protective order in the case, argues the emails contain discoverable business advice. K-C claims the entire email chain is protected by the attorney-client privilege and work product doctrine. Because of a factual dispute between the parties as to what is contained in the emails, the court is unable to resolve the issue without examining the communications at issue. The court therefore orders K-C to file within ten

days the email chain at issue so the court can conduct an *in camera* review.

So ordered this 23rd day of February, 2015.

s/ William C. Griesbach<br>
William C. Griesbach, Chief Judge<br>
United States District Court